104 F.3d 373
 Jon Thomas, as Administrator of Estate of Timothy Bourgeois
v.
Garner Food Services, Inc., Willis Corroon Administrative
Services Corporation, Willis Corroon Corporation of Georgia,
Garner Fast Foods, Inc., American Associaiton of Retired
Persons (AARP), Equal Employment Opportunity commission
(EEOC), American Medical Association, American Public Health
Association, American Foundation for AIDS Research, Gay
Men's Health Crisis, American Civil Liberties
 NO. 95-8533
 United States Court of Appeals,
Eleventh Circuit.
 Dec 12, 1996
 N.D.Ga., 89 F.3d 1523
 
 1
 DENIALS OF REHEARING EN BANC.